No. 55. CLEMENS HEROLD ET AL., PLAINTIFFS IN ERROR, *v.* JOSEPH FRANK ET AL. In error to the Court of Errors and

Appeals of the State of New Jersey. Argued and submitted November 4, 1903. Decided November 9, 1903. *Per Curiam.* Dismissed for the want of jurisdiction. *Oxley Stave Company* v. *Butler County,* 166 U. S. 648; *Chapin* v. *Fye,* 179 U. S. 127; *Capital City Dairy Company* v. *Ohio,* 183 U. S. 238, 248; *Mutual Life Insurance Company* v. *McGrew,* 188 U. S. 291; *McKane* v. *Durston,* 153 U. S. 684. *Mr. James G. Blauvelt* for plaintiffs in error. *Mr. John W. Harding* for defendants in error.